Form 8

**FORM 8. Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PETZILLA, INC. v. ANSER INNOVATION LLC

No. 15-1104

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:  Petzilla, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:                Nicolas S. Gikkas
Law firm:            The Gikkas Law Fir
Address:             530 Lytton Avenue, 2nd Floor
City, State and ZIP: Palo Alto, CA  94301
Telephone:           650-617-3419
Fax #:               650-618-2600
E-mail address:      nsg@gikkaslaw.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Jan. 6, 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Nov. 12, 2014                          /s/ Nicolas S. Gikkas
    Date                              Signature of pro se or counsel

cc: George Morris, Esq.

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Nov 12, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Nicolas S. Gikkas | /s/ Nicolas S. Gikkas |
| Name of Counsel | Signature of Counsel |

Law Firm: The Gikkas Law Firm
Address: 530 Lytton Avenue, 2nd Floor
City, State, ZIP: Palo Alto, CA  94301
Telephone Number: 650-617-3419
FAX Number: 650-618-2600
E-mail Address: nsg@gikkaslaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.