Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PETZILLA, INC.  v. ANSER INNOVATION LLC

No. 15-1104

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Petzilla, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Petzilla, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Nicolas S. Gikkas, Esq.

| Nov. 12, 2014 | /s/ Nicolas S. Gikkas |
|---|---|
| Date | Signature of counsel |
| | Nicolas S. Gikkas |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: George Morris, Esq.

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Nov 12, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Nicolas S. Gikkas | /s/ Nicolas S. Gikkas |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  The Gikkas Law Fir

Address  530 Lytton Avenue, 2nd Floor

City, State, ZIP  Palo Alto, CA 94301

Telephone Number  650-617-3419

FAX Number  650-618-2600

E-mail Address  nsg@gikkaslaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.