# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

November 19, 2014

To: Grant David Fairbairn
Nicolas Spiros Gikkas
George Ruben Morris

Re:  15-1104 - Petzilla, Inc. v. Anser Innovation LLC

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The attorney who signed the Entry of Appearance is not admitted to the bar of this court. Fed. Cir. R. 47.3, Practice Note 47.3

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole
Clerk of Court