Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Petzilla, Inc. v. Anser Innovation LLC

No. 15-1104

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Anser Innovation LLC
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☐ Appellant　☑ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Chelsea L. Sommers |
| Law firm: | Fredrikson & Byron, P.A. |
| Address: | 200 S. 6th Street, Suite 4000 |
| City, State and ZIP: | Minneapolis, MN 55402 |
| Telephone: | (612) 492-7000 |
| Fax #: | (612) 492-7077 |
| E-mail address: | csommers@fredlaw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 24, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/3/14　　　　　　　　　　　　　/s/ Chelsea L. Sommers
Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  12/09/2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Chelsea L. Sommers | /s/ Chelsea L. Sommers |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fredrikson & Byron P.A.

Address: 200 South Sixth Street, Suite 4000

City, State, ZIP: Minneapolis MN 55402

Telephone Number: 612-492-7000

FAX Number: 612-492-7077

E-mail Address: csommers@fredlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.