2015-1104

In The
United States Court of Appeals
For The Federal Circuit


**PETZILLA, INC., A Delaware Corporation, DBA Petzila,**

*Plaintiff - Appellant,*

v.

**ANSER INNOVATION LLC, A Minnesota Limited Liability Company,**

*Defendant - Appellee.*


APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
IN CASE NO. 3:14-CV-01354, JUDGE EDWARD M. CHEN

---

**NOTICE OF CORRECTION**

---

Nicolas S. Gikkas
THE GIKKAS LAW FIRM
530 Lytton Avenue, 2nd Floor
Palo Alto, California  94301
(650) 617-3419
nsg@gikkaslaw.com

Plaintiff-Appellant Petzilla, Inc. dba Petzila filed its original Confidential and Non-Confidential Briefs on January 12, 2015.  This submission is provided to correct typographical errors and other errata on pages 4, 12, 26, 33, 35, 36, 40 and 49 of both the Confidential and Non-Confidential Briefs.

The corrections are set forth as follows:

on page 4, "is Delaware corporation" is corrected to "is a Delaware corporation";

on page 12, "violates dues" is corrected to "violates due";

on page 26, "444 F.3d at 1361-1362" is corrected to "444 F.3d at 1361-62";

on page 33, "a basis for jurisdiction." is corrected to "a basis for jurisdiction";

on page 35, "a license to No. 7,878,152 ('the '152 patent')" is corrected to "a license to the '152 patent";

on page 36, "the district emphasized" is corrected to "the district court emphasized";

on page 40 in footnote 6, "claim 6 of U.S. Patent No. 8,201,522, a continuation of the '152 patent ('the '522 patent')" is corrected to "claim 6 of the '522 patent, a continuation of the '152 patent"; and

on page 49, "the fourth amendment" is corrected to "the fourteenth amendment."

No other changes are being made to the Confidential and Non-Confidential Briefs, other than the corrections described above.  Upon acceptance, the required

copies of the Corrected Confidential Brief of Plaintiff-Appellant will be hand filed with the Court.

Dated:  January 27, 2015                    Respectfully submitted,

                                            /s/ Nicolas S. Gikkas

                                           NICOLAS S. GIKKAS
                                           The Gikkas Law Firm
                                           530 Lytton Avenue
                                           2nd Floor
                                           Palo Alto, California  94301
                                           (650) 617-3419

                                           *Attorney for Plaintiff-Appellant*

# **CERTIFICATE OF INTEREST**

Counsel for the appellant, Petzilla, Inc., certifies the following:

1. The full name of the party represented by me is: Petzilla, Inc. dba Petzila.

2. The name of the real party in interest represented by me is: Petzilla, Inc. dba Petzila.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me is: None.

4. The name of the attorney and law firm that appeared for the party now represented by me in the trial court or are expected to appear in this Court is: Nicolas S. Gikkas of the Gikkas Law Firm.

# **CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing Notice of Correction for Plaintiff-Appellant Petzilla, Inc. dba Petzila with the Clerk of the United States Court of Appeals for the Federal Circuit via CM/ECF system this 27th day of January 2015, and served a copy on counsel of record by the CM/ECF system and by electronic mail to the parties on the service list below:

    Grant Fairbairn, Esq.
    gfairbairn@fredlaw.com
    Chelsea Summers, Esq.
    CSommers@fredlaw.com
    Fredrikson Byron, P.A.
    200 South Sixth Street
    Suite 400
    Minneapolis, MN  55402

Dated:  January 27, 2015          Respectfully submitted,

                                /s/ Nicolas S. Gikkas

                                NICOLAS S. GIKKAS
                                The Gikkas Law Firm
                                530 Lytton Avenue
                                2nd Floor
                                Palo Alto, California  94301
                                (650) 617-3419

                                *Attorney for Plaintiff-Appellant*