2015-1104

In The
# United States Court of Appeals
### For The Federal Circuit

**PETZILA, INC., A Delaware Corporation,**

*Plaintiff - Appellant,*

v.

**ANSER INNOVATION LLC, A Minnesota Limited Liability Company,**

*Defendant - Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
IN CASE NO. 3:14-CV-01354, JUDGE EDWARD M. CHEN

## AMENDED CERTIFICATE OF INTEREST

Nicolas S. Gikkas
THE GIKKAS LAW FIRM
530 Lytton Avenue, 2nd Floor
Palo Alto, California 94301
(650) 617-3419
nsg@gikkaslaw.com

# AMENDED CERTIFICATE OF INTEREST

Counsel for the appellant, Petzila, Inc., certifies the following:

1. The full name of the party represented by me is: Petzila, Inc.

2. The name of the real party in interest represented by me is: Petzila, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me is: None.

4. The name of the attorney and law firm that appeared for the party now represented by me in the trial court or are expected to appear in this Court is: Nicolas S. Gikkas of the Gikkas Law Firm.


Dated: February 2, 2015	Respectfully submitted,

    /s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
(650) 617-3419

*Attorney for Plaintiff-Appellant
Petzila, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing Amended Certificate of Interest with the Clerk of the United States Court of Appeals for the Federal Circuit via CM/ECF system this 2nd day of February 2015, and served a copy on counsel of record by the CM/ECF system and by electronic mail to the parties on the service list below:

Grant Fairbairn, Esq.
gfairbairn@fredlaw.com
Chelsea Summers, Esq.
CSommers@fredlaw.com
Fredrikson Byron, P.A.
200 South Sixth Street
Suite 400
Minneapolis, MN  55402

Dated:  February 2, 2015        Respectfully submitted,

 /s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, California  94301
(650) 617-3419

*Attorney for Plaintiff-Appellant*
*Petzila, Inc.*