**2015-1104**

In The
# United States Court of Appeals
For The Federal Circuit

**PETZILA, INC., A Delaware Corporation,**

***Plaintiff - Appellant,***

**v.**

**ANSER INNOVATION LLC,**
**A Minnesota Limited Liability Company,**

***Defendant - Appellee.***

**APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**IN CASE NO. 3:14-CV-01354, JUDGE EDWARD M. CHEN**

---

## NOTICE OF CORRECTION

---

**Nicolas S. Gikkas**
**THE GIKKAS LAW FIRM**
**530 Lytton Avenue, 2nd Avenue**
**Palo Alto, California 94301**
**(650) 617-3419**
**nsg@gikkaslaw.com**

***Counsel for Appellant***

Plaintiff-Appellant Petzila, Inc. filed the original Confidential and Non-Confidential Joint Appendices on March 23, 2015. This submission is provided to correct the omission of pages A53 and A54 in both versions of the Joint Appendix and update the caption.

No other changes are being made to the Confidential and Non-Confidential Joint Appendices, other than the ones stated above. Upon acceptance the required copies of the Corrected Confidential Joint Appendix will be hand filed with the Court.

Dated: March 24, 2015

Respectfully Submitted,

/s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
(650) 617-3419

*Attorney for Plaintiff-Appellant*

**AMENDED CERTIFICATE OF INTEREST**

Counsel for the appellant, Petzila, Inc., certifies the following:

1. The full name of the party represented by me is: Petzila, Inc.

2. The name of the real party in interest represented by me is: Petzila, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me is: None.

4. The name of the attorney and law firm that appeared for the party now represented by me in the trial court or are expected to appear in this Court is: Nicolas S. Gikkas of the Gikkas Law Firm.

Dated: February 2, 2015

Respectfully submitted,

/s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
(650) 617-3419

*Attorney for Plaintiff-Appellant*
*Petzila, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Notice of Correction for Plaintiff'Appellant Petzila, Inc. with the Clerk of the United States Court of Appeals for the Federal Circuit via CM/ECF system this 24th day of March 2015, and serve a copy on counsel of record by the CM/ECF system and by electronic mail to the parties on the service below:

Grant Fairbairn, Esq.
gfairbairn@fredlaw.com
Chelsea Summers, Esq.
CSommers@fredlaw.com
Fredrikson Byron, P.A.
200 South Sixth Street
Suite 400
Minneapolis, MN 55402

Dated: March 24, 2015

Respectfully Submitted,

/s/ Nicolas S. Gikkas

NICOLAS S. GIKKAS
The Gikkas Law Firm
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
(650) 617-3419

*Attorney for Plaintiff-Appellant*